Received by the Pro Se Office 7/31/2020-KC

BLAKE WINGATE
15A3206
AUBURN CORRECTION FACILITY
P.O. BOX 618
135 State Street
Auburn,New York
13024

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 31 2020 ★
BROOKLYN OFFICE

July 21,2020

UNITED STATES EASTERN DISTRICT COURT
OF THE STATE OF NEW YORK
HONORABLE PRO SE CLERK
DOUGLAS PALMER
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK
13024

see exhibit: I would have acknowledged the change in last letter.

14cv4063(ERK)(LB)

Honorable Clerk of The Court Douglas Palmer,

The deponent wrote this office on the 28th day of June 2020 in the year of our lord for a copy of the Federal docket sheet for the aforementioned matter. When he received it, he saw that his trial justice was changed. Please deliver to the deponent a copy of the acknowledgement and rules of the court for the new justice on this case. I Blake Wingate will pray for Roslynn R. Mauskoph as she might be sickly and need an extra prayer . THis COVID-19(SARS) is deadly , danger -ous and man made. Thus we have to be careful as it was designed to eliminate the population growth as a weapon of mass destruction of people. Accord -ing to the ( NEW WORLD ORDER ) books I have read , they all say the same thing. Thus we have to be sure whom we vote for as TRUMP is a business man and he stands to make 2000 dollars per prescription as an investment there -of. Cirus Vance is doing right by checking into Trumps investment capitol. I pray that he finds the link to the scientists, and pharmaceutical compani -es , in order to BOOST THE OBAMA CARE ..And issue the cure ( FREE) as it was caused intentionally and not by accident.

I pray that all is well and that you keep in good health and prosperity.

Always Faithful,

Blake Wingate

CAYUGA COUNTY
JULY 21, 2020
UNDER PENALTY OF PERJURY 28 USCA 1746

14CV4063(RRM)(LB)

BY HAND

BLAKE WINGATE
15A3206
Auburn Corrections
P.O. BOX 618
135 State Street
AUburn,New York 13024

PRAYER FOR GOOD HEALTH AND PROSPERITY

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 04 2020 ★
BROOKLYN OFFICE

U.S. EASTERN DISTRICT COURT
225 CADMAN Plaza East
Brooklyn New York
11201

June 28,2020

READY FOR TRIAL

REQUEST FOR UPDATED DOCKET SHEET

CORPORATION COUNSEL
100 CHURCH STREET
NEW YORK, NEW YORK
10007

HONORABLE PRO SE CLERK OF THE COURT,

The claimant at law seeks to find out if everyone has made it through the COVID-19(SARS) in good health. He also prays that you are all in good health and prosperity during these times of political unrest in our governmentdss.

Our STATES need a bettewr forum then the opne thats been used for the past 60 years. One President clears the depression, recession and another presi -dent creates a new one , either by sickness and disease , plague or out-right WAR. We are not collateral consequences, we are all HUMAN, or at least I thought we were. Now I no longer feel that way.

In essence , I pray that you are all doing well and in good healkth. I personally am ready for trial.

I also seek copy of the full docket sheet and ask if you appointed counsel as of yet , as I am ready for trial and need counsel to pick up some papers for the trial.

Always Faithful,

[signature]

BLAKE WINGATE 5075369J

c.c. file

UNDER PENALTY OF PERJURY
28USCA 1746

PRAYER FOR GOOD HEALTH AND PROS¼PERITY

VERIFICATION

READY FOR TRIAL

REQUEST FOR DOCKET SHEET

STATE OF NEW YORK)
)SS: 14cv 4063 (RRM)(LB)
COUNTY OF CAYUGA )

I BLAKE WINGATE, am the Petitioner/Claimant herein and I have read the foregoing petition/claim and know the contents thereof. The contents are true to my own knowledge except as to matters therein stated to be alleged upon information and belief, and as to those matters I believe them to be true.

BLAKE WINGATE
AUBURN CORRECTION FACILITY
~~P.O. BOX 618~~
135 STATE STREET
AUBURN ,NEW YORK
13024

under penalty of perjury
SWORN TO BEFORE ME ON THIS
28 DAY OF JUNE, 20 20

NOTARY PUBLIC
28 USCA 1746 18 USCA 1621-1623

# AFFIDAVIT OF SERVICE

PRAYER FOR GOOD HEALTH AND PROSPERITY

STATE OF NEW YORK )
) ss.: 14 cv 4063(LB)(RRM)
COUNTY OF CAYUGA )

READY FOR TRIAL
REQUEST FOR UPDATED DOCKET SHEET

I, BLAKE WINGATE, being duly sworn deposes and says that on the below indicated date of notarization, I served a true copy of: PRAYER FOR GOOD HEALTH AND PROSPERITY REQUEST FOR UPDATED DOCKET SHEET READY FOR TRIAL

on the following parties:
UNITED STATES EASTERN DISTRICT COURT OF NEW YOPRK
MR. DOUGLAS PALMER PRO SE CLERK 225 CADMAN PLAZA EAST BKLYTN N.Y. 11201
corporation counsel 100 CHURCH STREET NEW YORK NEW YORK 10007

by placing said documents in a properly addressed envelope with postage prepaid and placing said envelope in the prison mailbox located in the AUBURN Correctional Facility

Dated: June 28., 20 20

Respectfully Submitted,

blake wingate 15A3206
AUBURN CORRECTION FACILITY
P.O. BOX 618
135 state street
auburn new york
13024

28USCA 1746 18 USCA 1621 - 1623
PENALTY OF PERJURY

Sworn to before me on this

28 day of JUNE, 20 20

NOTARY PUBLIC

# VERIFICATION

STATE OF NEW YORK)
)SS: 14cv4063(ERK)(LB)
COUNTY OF CAYUGA )

July 21, 2020

I BLAKE WINGATE, am the Petitioner/Claimant herein and I have read the foregoing petition/claim and know the contents thereof. The contents are true to my own knowledge except as to matters therein stated to be alleged upon information and belief, and as to those matters I believe them to be true.

Blake Wingate 15A3206
5075369J FBIUCN935219IAO
Auburn Correction Facility
P.O. Box 618
135 State Street
Auburn, New York
13024

SWORN TO BEFORE ME ON THIS
21 DAY OF July, 20 20
UNDER PENALTY OF PERJURY
28 USCA 1746 18 USCA 1621-1623
NOTARY PUBLIC

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.: 14 CV 4063(ERK)(LB)
COUNTY OF CAYUGA )

I, BLAKE WINGATE, being duly sworn deposes and says that on the below indicated date of notarization, I served a true copy of: REQUEST FOR NOTIFICATION FROM THE COURT OF CHANGE OF JUSTICE OF THE CASE AS THE DOCKET SHEET HAS NO ENTRY for this change over.

on the following parties:

UNITED STATES EASTERN DISTRICT COURT
225 CADMAN PLAZA EAST
BROOKLYN NEW YORK
11201

by placing said documents in a properly addressed envelope with postage prepaid and placing said envelope in the prison mailbox located in the AUBURN Correctional Facility

Dated: July 21, , 20 20

Respectfully Submitted,

BLAKE WINGATE 15A3206
fbiucn935219IAO 5075369J
AUBURN CORRECTION FACILITYY
P.O. BOX 618
135 State Street
Auburn, New York
13024

Sworn to before me on this
21 day of July, 20 20
UNDER PENALTY OF PERJURY
28 USCA 1746 18 USCA 1621 - 1623

NOTARY PUBLIC

DEPARTMENT OF CORRECTIONS AND C
ION
OFFENDER CORRESPONDENCE PROGRAM
NAME:
DIN: 15A3206
Printed On Recycled Paper

AUBURN CORRECTIONAL FACILITY
P.O. BOX 618
AUBURN, NEW YORK 13024

NAME: Blake Wingate DIN: 13A3226

AUBURN CORRECTIONAL FACILITY

SMS

SYRACUSE NY 130
$ 000.10⁰
02 1W
0001387039 JUL 28 2020
23 JUL 2020 PM 2

Alabama 1819

United States Eastern District Court
of the State of New York
Honorable Clerk of the Court
Douglas Palmer Pro Se Office
225 Cadman Plaza East
Brooklyn, New York
[11201]

Legal Mail

11201-1832