RECEIVED JAN 14 2021 PRO SE OFFICE

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y.
JAN 14 2021
BROOKLYN OFFICE

Acting UNITED STATES ATTORNEY:
MATTHEW SCHNEIDER
271 CADMAN PLAZA EAST
Brooklyn, New York
[11201]

Blake Wingate
Five Points C.F.
6600 STATE ROUTE 96
P.O. BOX 119
15A3206 / 50753695
Romulus, New York
14541

SEASONS GREETINGS

December 27 2020

Acting President James J. Sandman
LEGAL SERVICES CORPORATION
3333 K. St. N.W. 3d Fl.
Washington, D.C.
[20007]

14CV4063
0186-2014
133354
2020-0757
2020-857
2029 WL 3296164
225 Fed App'x 32
134162

United States Eastern District Court
225 CADMAN Plaza East
Pro Se Clerk office
Chief Clerk Douglas Palmer
Brooklyn New York
[11201]

BE IT KNOWN,

The deponent is in search of counsel for criminal and civil matters listed in the right hand corner etal.. He is scheduled for an unknown phone conference with the EDNY upon 14CV 4063 in January 2021! He wrote to get the date from E.D.N.Y but is suffering difficulties!

His 10016 legal bag was stolen and has been missing since Sept 20 2020! His legal mails are being delayed @ 5 points and during searches are coming up missing! The mail room at 5 points has been placed under investigation, but Auburn CF where the thefts began are not!

(1)

N.Y.S.D.O.C.C.S., NYS. police, Cayuga District Attorney, Internal Affairs DOCS, Inspector General N.Y.S. have all refused to investigate.

The party whom began the thefts are Michael C. Polcovich of Auburn Ct.!

These thefts are drastically affecting the deponents Federal and STATE litigations! If you cannot assist the same, would you please point us such in the right direction!

As we are in the COVID-19 (SARS) please remember to complete your Last Will and Testament & Codicils. The pandemic has been biologically geared towards harm to the Elder Generation! The elders own property. Thus as property owners or HEIRS, we must be aware of the said ulterior motives of the parties that have released The COVID-19 (SARS) in first instance!

We pray you are in good health and prosperity!

That the correct Court Order be produced as the Original is missing and that the New Year declare a "WAR ON COVID-19 (SARS)" and find the culprits whom conspiraized to kill so many of our people with this (W.M.D) of people!

Always Faithfully

Blake Whistle

cc/file

(2)

-cv-04063-EK-LB   Document 289   Filed 01/14/21   Page 3 of 3 PageID

**FIVE POINTS CORRECTIONAL FACILITY**
STATE ROUTE 96, P.O. BOX 119
ROMULUS, NEW YORK 14541

NAME: Blake Wingate   DIN: 15R3206   LOC: 8A17B

Confidential Letter

U.S. Eastern District Court
Hon Douglas C. Palmer
225 Cadman Plaza East
Brooklyn, New York
[11201]

Five Points

neopost
01/04/2021
US POSTAGE $000.65

FIRST-CLASS MAIL