By Hand

Blake Wingate
15A3280 [5075369]
5 points cf
P.O Box N9
6600 State Route 96
Romulus, New York
14541

January 02, 2021
14cv4063 (EK) LB

US ED Court of N.Y.
Douglas Palmer
225 CADMAN plaza East
Brooklyn NY, 11201

NY Dept of law
Corporation Counsel
Acc LaDona S. Sandford
100 Church Street
New York, New York
[10007]

RECEIVED
JAN 14 2021
PRO SE OFFICE

1 Change of address
2 prisoner Locator
3 Theft of legal Bag
4 Exact court Date

Honorable Douglas C. Palmer,

There are US mail thieves in N.Y.S. D.O.C.C.S. and while at 5 points the legal mail thief is D. Beary S.M.S.C.! This inmate has been withholding legal mail, stopping legal mail, opening legal mail is coming & outgoing! Right now the Corporation Counsel has sent a letter to me that was dated Dec 15, 2020 to Auburn. I wrote them & this Court Dec 02 2020 and notified you of my Facility change again! By you placing it on the Docket there's not one

Legal Reason for the newly assigned ALC. Mr. La Donna S. Sandford to be writing to Auburn CF, when I left Auburn Sept 20, 2020 went to Southport! Left South port Nov. 12 2020 went to 5 points! Thus with this already on file and docket, please let Mr. La Donna S. Sandford know that the intentional forwarding of legal mail to the wrong address are censorable! sanctionable! and punishable!! To go play those games some where else!

The N.Y.C. Law Dept. Corporation Counsel has a prisoner locator system, The State has one that even the civilians use NYSDOCCS.com, and if the so-called Mr. La Donna S. Sandford was worth his pay check all he had to do was read the Docket Sheet and he would have known of the address change!

That the deponents legal bag was stolen at Auburn CF on Sept 20, 2020! see Directive 4917. There's no way it's missing, it was stolen! A lot of my Federal case is in that legal bag! This is the 2nd Time I'm notifying you to notify

N.Y.S. D.O.C.C.S. to return my legal bag and returns my legal folder stolen by Michael Cifolcovich. If not D. Venni and Michael Cifolcovich will be called as 1st 2 witnesses as to the theft of my legal papers and the video tapes of Aug 20, 2020, Aug 29, 2020, Aug 30 2020 and Sept 20, 21, 2020 at Auburn yard and SHU. see Directive 4917!

That the deponent once again seeks that you resend notice of the upcoming phone conference hearing in Jan 2021, I need the date. During a search my letter has disappeared just like the legal bag and the legal folder.

Based on the fact A.C.C. Ms. La Donna S. Sandford and N.Y.S.D.O.C.C.S. Michael Cifolcovich are both agents of the Court & the state of New York the stolen papers of Blake Wingate are lawyer work product, and its theft are cause for 2 things 1) injunctive relief 2) adverse inference!

always faithful

under penalty of perjury

certified

Blake Wingate

VERIFICATION

State of New York
County of Seneca

January 02 2021

Blake Wingate duly sworn/affirm under penalty of perjury in the state of New York & the United States under 18 USCA 1001, 18 USCA 1621-1623, 28 USCA 1746, penal law 210, Exodus 20:16, Exodus 23:1-9 | Deuteronomy 5:20 by God and my Country and declares, deposes and says that: He has written and read the foregoing and knows its contents by firsthand personal knowledge to be true and correct, and none of which are deemed to be as information & belief or that which I believe to be true & correct!

County of Seneca
State of New York
Jan 02, 2021

Always Faithful
[signature]
Blake Wingate
15A3286 / 5075369J
Five Points CF
6600 State Route 96
PO, Box 119

AFFIDAVIT OF SERVICE
BY U.S. MAIL

That such many papers are delivered from 5 points CF and are by 1st class mail to the following on the 03rd of January 2021 to the destinations of:

1) NYEDNY US Court 225 Cadman plaza East Bkyn NY 11201
Douglas C. Palmer

2). NYC Corporation Counsel 100 church street NY NY 10007

By God and my Country
Blake Wingate

Exodus 20:16
23:1-9
Deuteronomy 5:20

18 USCA 1621-1623
18 USCA 1001
28 USCA 1746
penal law 210

**FIVE POINTS CORRECTIONAL FACILITY**
STATE ROUTE 96, P.O. BOX 119
ROMULUS, NEW YORK 14541

NAME: Blake Wingate DIN: 15A3206 LOC: 8A17B

Five Points

neopost
01/04/2021
US POSTAGE $000.65[0]
FIRST-CLASS MAIL

.65

U.S. Eastern District Court
Hon Douglas C. Palmer.
225 Cadman Plaza East
Brooklyn, New York
[11201]

USMS

Confidential Legal Mail

1201$1832 C030